# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00302-CV

**Gene Fogle, Individually and d/b/a AAA Allstor #2, Appellant**

**v.**

**Kevin Wiley, Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 297,006-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Gene Fogle, Individually and d/b/a AAA Allstor #2, filed an unopposed motion to dismiss this appeal. We grant Appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellant's Motion

Filed: June 12, 2019